

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| STEPHANI CATT, <br> Plaintiff, <br><br> vs. <br><br> BAUSCH & LOMB SURGICAL, INC., <br><br> Defendant. | CAUSE NO. <br><br> 3:10-cv- 34 RLY-WGH |

## COMPLAINT and JURY REQUEST

Comes now the Plaintiff, Stephani Catt, by counsel, Robert F. Hunt, and for her cause of action against the Defendant, Bausch & Lomb Surgical, Inc., alleges and states as follows:

1. Plaintiff is a resident of Vanderburgh County, Indiana.

2. Defendant is a corporation organized under the laws of a state other than the State of Indiana, with its principal place of business in Rochester, New York.

3. This Court's jurisdiction in this matter is based upon a diversity of citizenship between the parties and an amount in controversy which is in excess of Seventy-Five Thousand Dollars ($75,000.00), and, therefore, jurisdiction exists pursuant to the provisions of Title 28 of the United States Code, §1332, pertaining to such diversity of citizenship and controverted sum.

4. On March 13, 2008, the Plaintiff, Stephani Catt, was injured during surgery to implant Crystalens intraocular lenses, a product manufactured by the Defendant, Bausch & Lomb Surgical, Inc.. The injury to the Plaintiff was proximately caused by the defective product and inadequate warnings.

5. As a direct result of the defective condition, Plaintiff Stephani Catt sustained personal injuries and damages.

*WHEREFORE*, Plaintiff, Stephani Catt, by counsel, prays judgment against the Defendant in a sum sufficient to fully and fairly compensate her for her injuries, damages, and losses, for the cost of this action, and for all other appropriate relief in the premises.

HUNT, HASSLER & LORENZ LLP

By _____
Robert F. Hunt, Attorney No. #7889-84

ATTORNEYS FOR PLAINTIFFS,
STEPHANI CATT

100 Cherry Street
Terre Haute, IN 47807
(812) 232-9691

### JURY REQUEST

Plaintiff requests that this matter be tried to a jury.

_____
Robert F. Hunt